*1033 ante, p. 802;
ante, p. 816;
ante, p. 817;
*1034 No. 97-1957.
No. 97-1990.
No. 97-2034.
No. 97-2065.
No. 97-2075.
No. 97-8701.
No. 97-8918.
No. 97-8930.
No. 97-8963.
No. 97-9027.
No. 97-9090.
No. 97-9154.
No. 97-9256.
No. 97-9290.
No. 97-9292.
No. 97-9293.
No. 97-9363.
No. 97-9364.
No. 97-9376.
No. 97-9392.
No. 97-9413.
No. 97-9441.
No. 97-9467.
No. 97-9543.
No. 97-9551.
No. 97-9554.
ante, p. 819;
ante, p. 822;
ante, p. 825;
ante, p. 826;
ante, p. 827;
ante, p. 829;
ante, p. 831;
ante, p. 808;
ante, p. 832;
ante, p. 834;
ante, p. 807;
ante, p. 838;
ante, p. 807;
ante, p. 843;
ante, p. 843;
ante, p. 844;
ante, p. 847;
ante, p. 847;
ante, p. 847;
ante, p. 848;
ante, p. 850;
ante, p. 808;
ante, p. 853;
ante, p. 858;
ante, p. 858;
ante, p. 807;
*1035 No. 97-9556.
No. 97-9591.
No. 97-9629.
No. 97-9630.
No. 97-9649.
No. 97-9654.
No. 97-9658.
No. 97-9676.
No. 97-9678.
No. 97-9684.
No. 98-106.
No. 98-159.
No. 98-210.
No. 98-234.
No. 98-240.
No. 98-273.
No. 98-274.
No. 98-330.
No. 98-435.
No. 98-5007.
No. 98-5026.
No. 98-5055.
No. 98-5133.
No. 98-5149.
No. 98-5152.
No. 98-5166.
No. 98-5178.
No. 98-5290.
ante, p. 858;
ante, p. 860;
ante, p. 863;
ante, p. 807;
ante, p. 864;
ante, p. 864;
ante, p. 865;
ante, p. 807;
ante, p. 866;
ante, p. 866;
ante, p. 872;
ante, p. 875;
ante, p. 877;
ante, p. 878;
ante, p. 878;
ante, p. 931;
ante, p. 931;
ante, p. 808;
ante, p. 932;
ante, p. 880;
ante, p. 882;
ante, p. 923;
ante, p. 888;
ante, p. 888;
ante, p. 807;
ante, p. 889;
ante, p. 890;
ante, p. 897;
*1036 No. 98-5293.
No. 98-5369.
No. 98-5373.
No. 98-5386.
No. 98-5419.
No. 98-5459.
No. 98-5519.
No. 98-5548.
No. 98-5551.
No. 98-5557.
No. 98-5578.
No. 98-5579.
No. 98-5605.
No. 98-5612.
No. 98-5646.
No. 98-5667.
No. 98-5783.
No. 98-5795.
No. 98-5828.
No. 98-6085.
ante, p. 897;
ante, p. 901;
ante, p. 901;
ante, p. 902;
ante, p. 904;
ante, p. 906;
ante, p. 909;
ante, p. 808;
ante, p. 910;
ante, p. 935;
ante, p. 911;
ante, p. 935;
ante, p. 935;
ante, p. 912;
ante, p. 914;
ante, p. 937;
ante, p. 917;
ante, p. 918;
ante, p. 938; and
ante, p. 942. Petitions for rehearing denied.